IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID WAYNE SHAW, § <br> (TDCJ-CID #1304818) § <br>       Plaintiff, § <br> § <br> vs. § <br> § <br> ALFRED C. JANICEK, *et al.,* § <br>       Defendants. § | CIVIL ACTION H-07-2709 |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on March 22, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge